Azuka L. Uzoh, Esq. (California State Bar No. 237401)
**LAW OFFICES OF AZUKA L. UZOH**
1930 Wilshire Blvd, Suite 1216
Los Angeles, CA 90057
Tel.: (213) 483-4020
Fax: (213) 483-4037
Email: uzohal@yahoo.com

*Attorneys for Plaintiff Keith Moser*

Jeffrey M. Cohon, Esq. (California State Bar No. 131431)
**LAW OFFICES OF JEFFREY M. COHON, APC**
1901 Avenue of the Stars, Suite 470
Los Angeles, CA 90067
Tel: (310) 231-4470
Fax: (310) 231-4610
Email: jcohon@cohonlaw.com

*Attorneys for Defendant
Cannon Cochran Management Services, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KEITH MOSER, an individual, | Case No. 8:19-cv-01823-JVS-ADS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CANNON COCHRAN MANAGEMENT SERVICES, INC., an Illinois Corporation registered and doing business in California; and DOES 1 through 100, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
**ORDER OF DISMISSAL**

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure |
| 3 | 41(a)(1)(ii), **IT IS HEREBY ORDERED** that this action be, and hereby is, dismissed |
| 4 | with prejudice as to all claims, causes of action, and parties, with each party bearing |
| 5 | that party's own attorney's fees and costs. The Court retains jurisdiction to enforce |
| 6 | the terms of the parties' settlement. |
| 7 | **IT IS SO ORDERED.** |
| 10 | Dated: December 12, 2019 |

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE